# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20331

CHRISTOPHER J. BRIDGEMAN; MARTIN A. BORGER,

   Plaintiffs - Appellants

v.

UNITED CONTINENTAL HOLDINGS, INCORPORATED; CONTINENTAL
AIRLINES, INCORPORATED,

   Defendants - Appellees

United States Court of Appeals
Fifth Circuit

**FILED**

June 14, 2016

Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-2848

---

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

  Christopher Bridgeman and Martin Borger ("the Plaintiffs") appeal the district court's summary judgment dismissing their negligence claims and the district court's directed verdict for United Continental Holdings, Inc. ("United") on their intentional infliction of emotion distress and invasion of privacy claims, all arising out of an incident where a sex toy was purportedly taped to the outside of their luggage. On appeal, we have reviewed the record

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20331

and studied the briefs. We have concluded, in the light of our precedents, that the district court did not err when it dismissed the Plaintiffs' negligence claims, nor did it err when it entered a directed verdict for United on the Plaintiffs' invasion of privacy and intentional infliction of emotional distress claims. Accordingly, the judgement of the district court is affirmed.

AFFIRMED.